People v Bethany (2026 NY Slip Op 01713)

People v Bethany

2026 NY Slip Op 01713

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, AND SMITH, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (1025/16) KA 14-01504.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vRAYSHAWN BETHANY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.